# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**TEAMEKIA SHERICE CARTHEN**                                    **PLAINTIFF**

**V.**                                                        **CIVIL ACTION NO.: 4:21-cv-33-DMB-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                               **DEFENDANT**

## ORDER

Before the court is the parties' oral motion to waive oral argument. Having considered the matter and taking into account that this is a joint request, the motion is well taken and should be granted. Accordingly, the oral argument scheduled for March 15, 2022, is waived and the court will adjudicate the matter on the parties' briefing.

**SO ORDERED** this, the 14th day of March, 2022.

                                                                   /s/ Jane M. Virden
                                                                    **UNITED STATES MAGISTRATE JUDGE**